≈AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kenratus Perkins | ) | Case No: 2:98CR69-WHA-01 |
| | ) | USM No: 12204-002 |
| Date of Previous Judgment: 3/31/99 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 | |
| Criminal History Category: | I | Criminal History Category: | I | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __3/31/99__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/26/08

Effective Date: _____
(if different from order date)

_Judge's signature_

W. HAROLD ALBRITTON, SENIOR U.S. DISTRICT JUDGE
Printed name and title