# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Kenratus Perkins | ) Case No: 2:98CR69-WHA-01 |
| | ) USM No: 12204-002 |
| Date of Previous Judgment: 3/31/99 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121 months__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __3/31/99__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/26/08

Effective Date: _____
(if different from order date)

W. HAROLD ALBRITTON, SENIOR U.S. DISTRICT JUDGE
Printed name and title